UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION 2014 APR -2 PM 12: 17

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:14-cr-22-RLY-WGH-01 |
| ) | |
| JACOB ROY HAMMOND, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### Count 1

[18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm]

The Grand Jury charges that:

On or about February 22, 2014, in Vanderburgh County, in the Southern District of Indiana, JACOB ROY HAMMOND, defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: a Springfield Arms, model XD-40, .40 caliber semi-automatic pistol, loaded with ammunition, bearing serial number US251747, after having been convicted of one or more of the following felony offenses punishable by a term of imprisonment exceeding one (1) year: a felony burglary offense in Stewart County, Tennessee, under case number 4-1993-CR-09 on or about May 26, 2009; three felony burglary offenses in Stewart County, Tennessee, under case number 4-1994-CR-09 on or about May 26, 2009; a felony aggravated burglary offense in Montgomery County, Tennessee, under case number 41100432 on or about July 13, 2011; and a felony selling a controlled substance offense in Montgomery

[1]

<mark>Case 3:14-cr-00022-RLY-WGH Document 1 Filed 04/02/14 Page 2 of 3 PageID #: 2</mark>

County, Tennessee, under case number 41300963 on or about December 10, 2013.

All of which is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### Count 2

[18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm]

The Grand Jury further charges that:

On or about February 22, 2014, in Vanderburgh County, in the Southern District of Indiana, JACOB ROY HAMMOND, defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: a Walther, model P22, .22 caliber semi-automatic pistol, loaded with ammunition, bearing serial number Z098423, after having been convicted of one or more of the following felony offenses punishable by a term of imprisonment exceeding one (1) year: a felony burglary offense in Stewart County, Tennessee, under case number 4-1993-CR-09 on or about May 26, 2009; three felony burglary offenses in Stewart County, Tennessee, under case number 4-1994-CR-09 on or about May 26, 2009; a felony aggravated burglary offense in Montgomery County, Tennessee, under case number 41100432 on or about July 13, 2011; and a felony selling a controlled substance offense in Montgomery County, Tennessee, under case number 41300963 on or about December 10, 2013.

All of which is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

<mark>[2]</mark>

## FORFEITURE

1. The allegations of this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of one or both of the offenses set forth in this indictment, JACOB ROY HAMMOND, the defendant herein, shall forfeit to the United States any ammunition involved in or used in such offense(s).

A TRUE BILL:

FOREPERSON

JOSEPH H. HOGSETT
United States Attorney

by: _____
Todd S. Shellenbarger
Assistant United States Attorney