UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JACOB ROY HAMMOND, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 3:16-cv-00023-RLY-MPB |
| | ) | |
| USA, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Granting Motion to Withdraw and Dismissing Case**

The petitioner's motion to dismiss his pending petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 [dkt. 8] is **granted**. The habeas petition docketed in Case No. 3:16-cv-00023-RLY-MPB is **dismissed without prejudice**. Final judgment consistent with this decision shall issue.

The petitioner's counsel's motion to withdraw attorney appearance [dkt. 9] is **granted**. The appearance of Sara J. Varner shall be withdrawn as counsel for the petitioner.

**IT IS SO ORDERED.**

Date: 5/24/2016

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

JACOB ROY HAMMOND
TALLADEGA - FCI
TALLADEGA FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
TALLADEGA, AL 35160

Electronically Registered Counsel